## STATE v. J. H. PHILLIPS.

### (Filed 13 December, 1950.)

APPEAL by defendant from *Carr, J.,* August Term, 1950, of WAYNE.

Criminal action tried upon indictment charging the defendant with the murder of one Henry Bruce Gurganus.

The State did not seek a conviction for murder in the first or second degree, but for manslaughter.

The facts are stated in a former appeal in this case, reported in 229 N.C. 538, 50 S.E. 2d 306, and need not be repeated here.

The jury returned a verdict of guilty of involuntary manslaughter, and from the judgment entered thereon, the defendant appeals and assigns error.

*Attorney-General McMullan and Assistant Attorney-General Bruton for the State.*

*J. Faison Thomson and William A. Dees, Jr., for defendant.*

PER CURIAM. The question of the guilt or innocence of the defendant was submitted to the jury, with appropriate instructions as to whether or not the manner in which the defendant used his pistol, resulting in the death of Henry Bruce Gurganus, amounted to culpable negligence. The jury decided the question adversely to the defendant, and no prejudicial error in the trial below is made to appear.

No error.